*Formatted for Electronic Distribution* *Not for Publication*

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF VERMONT

_____

In re:

    **Heidi Woodruff**                                                              **Chapter 7 Case**

          **Debtor.**                                                                      **# 11-10639**

_____

**Daniel Chicoine,**

          **Plaintiff,**                                                           **Adversary Proceeding**

            v.                                                                        **# 11-1031**

**Heidi Woodruff,**

          **Defendant.**

_____

*Appearances:*  Kathleen Walls, Esq.
                  Middlebury, Vermont
                  *For the Defendant*

## ORDER
### GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT ON ALL REMAINING CAUSES OF ACTION

       For the reasons set forth in the memorandum of decision of even date, the Court finds that there are no material facts in dispute, summary judgment is proper, and the Defendant is entitled to judgment as a matter of law on the remaining causes of action pending in this proceeding, under §§ 523(a)(5) and (a)(15).

       Therefore, IT IS HEREBY ORDERED that the Defendant's motion for summary judgment is granted and the Plaintiff's prayer for relief on all causes of action in the complaint is denied *in toto*.

                                                                             /s/ Colleen A. Brown

September 10, 2012                                                      Colleen A. Brown
Burlington, Vermont                                            United States Bankruptcy Judge

Filed & Entered
On Docket
September 10, 2012